```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

             Settlement Conference Calendar
              Honorable J. Read Murphy, PJO
               450 Main Street, Hartford, CT

                 Chambers Room #125 - Annex
```

**March 23, 2004**
**2:00 p.m.**

RESCHEDULED FROM 1/28/04

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT <u>TO CHAMBERS</u> A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

<u>CASE NO. 3:02CV00473 (AVC)</u> <u>Smith, et al v. Tobin, et al</u>


Jonathan D. Elliot
Kleban & Samor, Pc
2425 Post Rd., Po Box 763
Southport, CT 06490



Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422



Sabato Pellegrino Fiano
Kleban & Samor, Pc
2425 Post Rd., Po Box 763
Southport, CT 06490



                                        BY ORDER OF THE COURT

                                        KEVIN F. ROWE, CLERK