UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Calendar

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Courtroom #1, Annex

April 29, 2004

11:00 a.m.


CASE NO. **3:02cv473 (AVC) Smith v. Tobin, et al**


**Fairness Hearing**

Jonathan D. Elliot
Kleban & Samor, Pc
2425 Post Rd., Po Box 763
Southport, CT 06490

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Sabato Pellegrino Fiano
Kleban & Samor, Pc
2425 Post Rd., Po Box 763
Southport, CT 06490

                              PER ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK


cc: J. Read Murphy, PJO