UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA SMITH, on behalf of
herself and all others similarly situated
   Plaintiffs,

Vs.

JOSEPH M. TOBIN and
TOBIN & MELIEN,
   Defendants.

FILED
2004 MAY 21  P 4: 04
U.S. DISTRICT COURT

CASE NO. 3:02CV00473(AVC)

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on March 23, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Because this matter was reported settled as a class action, it requires review and approval by the Court prior to its dismissal. Accordingly, the parties shall file their final settlement documents with the Court no later than June 10, 2004 and the Court shall conduct a fairness hearing on the proposed settlement on July 1, 2004 at 2:00 p.m. at the United States District Court, 450 Main Street, Hartford, CT 06103, in Courtroom #1-Annex.

SO ORDERED.

Dated at Hartford, Connecticut this 21st day of May, 2004.

Alfred V. Covello
United States District Judge