UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA SMITH, on behalf of herself and all others similarly situated, | ) ) ) CASE NUMBER 3:02cv473 (AVC) |
| Plaintiff, | ) ) |
| v. | ) |
| JOSEPH M. TOBIN TOBIN & MELIEN Defendants. | )    June 4, 2004 |

PLAINTIFF'S REPORT RE NOTICE TO COUNSEL (Doc. No. 47)

On March 23, 2004, the parties settled this matter on a class basis with the assistance of PJO Murphy: $13,000 to the class, $1,500 to the class representative, and $7,500 to class counsel for the fees. Defendants were to pay the costs of notifying the class, and the parties would chose a charity as a cy pres recipient for uncashed checks. Defense counsel undertook to draft, within 30 days, an agreement and class notice. The undersigned provided defense counsel with a sample form on March 24. Despite repeated and urgent requests (copies attached), defense counsel has neither respond nor provided the undersigned with a draft.

The undersigned will be out of state for much of June, including the June 10, 2004 date ORDERED for filing, which hinders if not precludes her ability to review defendants' filing. Plaintiff respectfully suggests that the Court consider doubling the amount of the monetary settlement or impose financial incentives to deter the dilatory tactics evidenced in this matter.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

  This is to certify that the foregoing and attached was mailed on June 3, 2004, postage prepaid, to:

Jonathan D. Elliot
Sabatino Fiano
P. O. Box 763
Southport CT 06490

            ___/s/ Joanne S. Faulkner_____
            Joanne S. Faulkner

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** Wednesday, March 24, 2004 8:56 AM
**Attach:** smith v tobin sample notice.doc; smith v tobin sample agmt.doc
**Subject:** Smith v tobin

Attached is a sample agreement and notice. They need to be put in simpler language and shortened, as well as edited to reflect the agreement (excess to charity -- I suggest NCLC, Consumer Federation of America, or CARS (consumers for auto reliability and safety), facts and names of this case.
Also, blanks for various dates which depend on court approval.
One problem is the "net worth" of defendants which has to be disclosed or some other rationale for the amount of the settlement related to the class amount
Once we have these in order (30 days) we need to do a motion for preliminary approval of settlement and class notice. .
Joanne S. Faulkner, Attorney
123 Avon Street
New Haven CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

6/2/2004

**Joanne Faulkner**

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** March 31, 2004 8:19 AM
**Subject:** Smith v Tobin

Please send a draft of the proposed class settlement agreement so we can get this going soon. Thanks.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.639 / Virus Database: 408 - Release Date: 3/22/04

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** April 08, 2004 7:21 AM
**Subject:** Smith v Tobin

Please report on the progress of the settlement agreement draft. You represented it would be complete four weeks from the settlement conference. We have a hearing on it on April 29 (very convenient since we will be there anyway).
Two weeks have elapsed and I have not seen a draft.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.650 / Virus Database: 416 - Release Date: 4/4/04

6/2/04

Page 1 of 1

### Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** April 14, 2004 7:31 AM
**Subject:** smith v tobin

please provide a draft of the settlement agreement ASAP

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.657 / Virus Database: 422 - Release Date: 4/13/04

6/2/04

Page 1 of 1

### Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** April 27, 2004 8:11 AM
**Subject:** smith v tobin

You should have a semi final draft by now. Please send it to me for review.
Thanks.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.667 / Virus Database: 429 - Release Date: 4/23/04

6/2/04

Page 1 of 1

### Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 01, 2004 7:11 AM
**Subject:** smith v tobin

please get me a draft of the extension proposal.
and of the proposed agreement/notice to class


Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.672 / Virus Database: 434 - Release Date: 4/28/04

6/2/04

Page 1 of 1

**Joanne Faulkner**

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 04, 2004 7:19 AM
**Subject:** smith v tobin

Please provide your draft of the motion for extension and of the settlement agreement and class notice

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.674 / Virus Database: 436 - Release Date: 5/2/04

6/2/04

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 06, 2004 7:40 AM
**Subject:** misc

please report on the progress of drafting in smith v tobin, both settlement agreement and motion for extension

Thx

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---

Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.674 / Virus Database: 436 - Release Date: 5/2/04

6/2/04

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 20, 2004 10:03 AM
**Subject:** smith v tobin

Please report on the progress of the draft agreement and notice!
Please file your extension motion as requested by Chambers weeks ago.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.687 / Virus Database: 448 - Release Date: 5/16/04

6/2/04

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 26, 2004 6:38 AM
**Subject:** smith v tobin

Due to the Order that the document must be filed June 10 (while I am gone) I need to see the draft today so I can review and comment if necessary.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.690 / Virus Database: 451 - Release Date: 5/22/04

6/2/04

Page 1 of 1

### Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** May 27, 2004 7:12 AM
**Subject:** Tobin v Smith draft

PLEASE please send me the draft today.
I am very concerned about your delay.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.690 / Virus Database: 451 - Release Date: 5/22/04

6/2/04

Page 1 of 1

### Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <JElliot@kleban-samor.com>
**Sent:** May 28, 2004 11:18 AM
**Subject:** Re: Smith v tobin

Oh good, you are in.
Please get the draft of settlement agreement and class notice to me today.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.690 / Virus Database: 451 - Release Date: 5/22/04

6/2/04

Page 1 of 1

## Joanne Faulkner

**From:** "Joanne Faulkner" <j.faulkner@snet.net>
**To:** "Jon Elliot" <jelliot@kleban-samor.com>
**Sent:** June 01, 2004 7:04 AM
**Subject:** smith v Tobin

You have had more than 2 months to draft the class papers based on a form approved by Judge Covello a few years ago that I sent you. Despite the deadline of June 10 I still have not seen a draft. I NEED to see your proposal today so we can get it finalized before I leave.

Attorney Joanne Faulkner
123 Avon Street
New Haven CT 06511
(203) 772-0395
j.faulkner@snet.net


---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.693 / Virus Database: 454 - Release Date: 5/31/04

6/2/04