FILED
2004 JUN 10 P 4:23
DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
BARBARA SMITH,                        :   CIVIL ACTION NO.
                                      :   3:02CV473 (AVC)
                Plaintiff             :
                                      :   JOINT MOTION FOR
Vs.                                   :   PRELIMINARY APPROVAL OF
                                      :   SETTLEMENT AGREEMENT,
JOSEPH M. TOBIN and                   :   CONDITIONAL
TOBIN & MELIEN                        :   CERTIFICATION OF
                                      :   SETTLEMENT CLASS, AND
                                      :   APPROVAL OF FORM AND
                Defendants.           :   MANNER OF NOTICE
                                      :
                                      :   JUNE 8, 2004
------------------------------------------------------------x

FILED 2004 JUL -6 P 3:14 U.S. DISTRICT COURT HARTFORD,

Plaintiff, Barbara Smith, and Defendants, Tobin & Melien and Joseph Tobin ("Tobin"), collectively, the "Settling Parties," respectfully move the Court for an order (i) granting preliminary approval to the attached *Settlement Agreement And Release* ("Settlement Agreement"); (ii) certifying a class for settlement purposes only, as provided in the *Settlement Agreement*; (iii) allowing notice to the class by first-class mail as provided for in the "*Notice of Pendency of Class Action, Proposed Settlement and Hearing*" annexed as *Exhibit C* to the *Settlement Agreement,* in the manner described therein; (iv) prescribing a period of time within which class members may submit requests to be excluded from the class or file objections to the settlement of the action; and (v) setting a date for a hearing on final approval of the proposed settlement.

July 2, 2004. As the parties have filed an amended motion, the present motion is denied as moot. SO ORDERED.

Alfred V. Covello, U.S.D.J.