d — 54

FILED
2004 AUG 17 A 11: 37
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
BARBARA SMITH,                    :   CIVIL ACTION NO.
                                  :   3:02CV473 (AVC)
                 Plaintiff        :
                                  :
Vs.                               :
                                  :
JOSEPH M. TOBIN and               :
TOBIN & MELIEN                    :
                                  :
                                  :
                 Defendants.      :   AUGUST 16 2004
------------------------------------------------x

## MOTION ON CONSENT TO AMEND ORDER
## RE: NOTICE TO CLASS MEMBERS

The parties jointly request that certain dates in the Order Concerning Class Certification, Notice and Scheduling dated July 1, 2004 be modified as follows:

A. As to Paragraph 5, the date of mailing should be changed from August 15, 2004 to September 7, 2004.

B. As to Paragraph 6, the date by which any Request for Exclusion must be postmarked be changed from September 22, 2004 to October 15, 2004.

C. As to Paragraph 7, that the date for objections to the class settlement or other matters be changed from September 22, 2004 to October 15, 2004.

D. As to Paragraph 8, that the date for the final hearing be changed from October 6, 2004 to November 3, 2004.

*[Stamped: SO ORDERED. Alfred V. Covello, U.S.D.J.]*

*[Stamped: FILED 2004 AUG 18 P 12:31 U.S. DISTRICT COURT HARTFORD, CT.]*

02CV473end54