UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------------------x   CIVIL ACTION NO.
BARBARA SMITH,                                :              3:02CV473 (AVC)
                                              :
                Plaintiff                     :
                                              :
Vs.                                           :
                                              :
JOSEPH M. TOBIN and                           :
TOBIN & MELIEN                                :
                                              :
                                              :
                Defendants.                   :              DECEMBER 29, 2005
---------------------------------------------------------x
```

## CERTIFICATION

This is to certify that the individuals on the list attached as Exhibit A were either unable to be located at a correct address or have been otherwise failed to cash checks delivered to their last known address. Accordingly, in accordance with the Settlement Agreement and Order in this action, the funds reflected by such checks have been forwarded to the plaintiff's counsel on behalf of and to be dnated to the National Consumer Law Center in Boston, Massachusetts.

                                    THE DEFENDANT

                        By:    _____
                                    Jonathan D. Elliot
                                    Kleban & Samor, P.C.
                                    2425 Post Road
                                    Southport, CT 06490
                                    (203) 254-8969
                                    Fed. Bar no. Ct05762

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 29th day of December, 2005, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

                                                  Jonathan D. Elliot

*Exhibit A*

**# 8556.0006 - CHECKS WRITTEN 12/15/2004 THAT ARE STILL OUTSTANDING**
                                AS OF ~~06/30/2005~~ ~~7-31-05~~
                                      12-15-05

| CHECK NUMBER | AMOUNT | PAYEE |
| --- | --- | --- |
| 408513 | 194.03 | SHARON BROWN |
| 408515 | 194.03 | BONNIE AVERY |
| 408519 | 194.03 | ANA CAQUIAS |
| 408522 | 194.03 | KEVIN CUNNINGHAM |
| 408523 | 194.03 | ANTHONY DAWKINS |
| 408525 | 194.03 | GURVINDER CHADDA |
| 408526 | 194.03 | CHARLES E. COLEMAN |
| 408530 | 194.03 | DEBORAH GAY |
| 408538 | 194.03 | JOHN S. GRISWOLD |
| 408542 | 194.03 | TINA M. JOHNSON |
| 408554 | 194.03 | DAVID A. MARTIN |
| 408561 | 194.03 | INERA & MELVIN PALMER |
| 408569 | 194.03 | KIM O. ROBINSON |
| 408572 | 194.03 | DEAN J. & CHRISTINE M. SABBAGH |
| 408578 | 194.03 | MICHELLE C. SPENCE |
| 408581 | 194.03 | NIVIA TILLMAN |

m:/acct/Bank Recs/Bank of Am-escrow gl 1170/JDEOUTSTANDING